IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02141-RPM-MJW

JEFFREY SCHMIDT,

Plaintiff,

v.

FARRELL & SELDIN, PC,

Defendant.

---

**ORDER ON
PLAINTIFF'S MOTION TO COMPEL GARNISHEE TO TURNOVER FUNDS
(Docket No. 14)**

---

**MICHAEL J. WATANABE
United States Magistrate Judge**

This matter is before the court on Plaintiff's Motion to Compel Garnishee to Turnover Funds (Docket No. 14). The court being advised of the premises hereby ORDERS:

The motion (Docket No. 14) is GRANTED. FIRSTBANK shall turn over $2,452.00 of the Defendant's funds that it is currently holding to Plaintiff's Counsel, Gookin, Krenning, & Associates, 770 H. Lincoln Avenue, Loveland, CO 80537 within then (10) days from the date of this order.

Date:  December 17, 2012           s/ Michael J. Watanabe
       Denver, Colorado            Michael J. Watanabe
                                   United States Magistrate Judge